IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOBLE MATHEW,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Petitioner,

v.

CASE NO. 1D15-3887

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed October 14, 2015.

Petition for Writ of Mandamus -- Original Jurisdiction.

Matthew R. McLain of Brownstone, P.A., Winter Park, for Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Bureau Chief, Tallahassee, for Respondent.

PER CURIAM.

      DENIED.  See Munn v. Florida Parole Commission, 807 So. 2d 733 (Fla. 1st DCA 2002).

BENTON, OSTERHAUS, and BILBREY, JJ., CONCUR.